IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN PRUITT,                    )
                                )
        Plaintiff,              )
                                )
v.                              )        CASE NO. CV418-070
                                )
STATE OF GEORGIA                )
                                )
        Defendant.              )
                                )

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 15.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, this action is **DISMISSED WITHOUT PREJUDICE**. Accordingly, Plaintiff's Amend Motion to Proceed In Forma Pauperis (Doc. 10) is **DISMISSED AS MOOT** and Plaintiff's Motion to Grant Plaintiff Money (Doc. 11) is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this __9th__ day of November 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 NOV -9 PM 2:12
CLERK
SO. DIST. OF GA.